UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLAN HERDEMIAN,

    Plaintiff(s),

v.

GO WIRELESS, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01037-APG-NJK

**Order**

On June 17, 2019, Defendants removed this case from state court pursuant to the Class Action Fairness Act. *See* Docket No. 1. The case was initially filed in state court more than two years ago, and it appears there were numerous proceedings prior to removal. *See id.* The parties are **ORDERED** to file, by July 3, 2019, a fulsome status report regarding the state court proceedings and a proposed discovery plan identifying a schedule for the proceedings in this Court.

IT IS SO ORDERED.

Dated: June 19, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge