FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com

JAMES SULLIVAN, ESQ.
Missouri Bar No. 38318
*(Admitted pro hac vice)*
4900 Main Street, Suite 650
Kansas City, Missouri 64112
(816) 842-8770
jsullivan@fisherphillips.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLAN HERDEMIAN, an individual, | Case No. 2:19-cv-01037-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR STATUS REPORT** |
| GO WIRELESS, INC. a Nevada Corporation; GO WIRELESS HOLDINGS, INC. a Nevada Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the Parties will have an extension of time up to an including July 22, 2019 to file their Status Report as directed by the Court (*see* ECF No. 6). This is the first request for an extension.

Presently, Defense counsel Scott Mahoney, Esq. is on vacation from June 25 through July 4, and Defense counsel Allison Kheel, Esq. is scheduled to be on vacation

FPDOCS 35668449.1

- 1 –

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

out of the country from June 28 through July 8. Plaintiff's counsel, Randall Jones is scheduled to be on vacation June 25 through July 8. The Removal was filed on June 17, 2019, and the Statement Concerning Removal is presently due July 3, 2019. The parties require additional time to meet and confer prior to preparation of the "fulsome" Status Report. This stipulation is made in good faith and not for any improper purpose, and will not cause any undue delay or burden.

| FISHER & PHILLIPS LLP | KEMP, JONES & COULTHARD, LLP |
|---|---|
| /s/ Allison L. Kheel, Esq. | /s/ Michael J. Gayan, Esq. |
| Scott M. Mahoney, Esq. | J. Randall Jones, Esq. |
| Allison L. Kheel, Esq. | Michael J. Gayan, Esq. |
| 300 South Fourth Street | 3800 Howard Hughes Pkwy, |
| Suite 1500 | Suite 1700 |
| Las Vegas, NV 89101 | Las Vegas, NV 89169 |
| Attorneys for Defendant | Attorneys for Plaintiff |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 2, 2019

FPDOCS 35668449.1

- 2 –