# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN HERDEMIAN,<br>　　　Plaintiff(s),<br>v.<br>GO WIRELESS, INC., et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-01037-APG-NJK<br><br>**ORDER** |

Pending before the Court is the parties' status report regarding discovery. Docket No. 14. The Court **SETS** a hearing on that status report for 1:30 p.m. on August 15, 2019, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 23, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge