FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: akheel@fisherphillips.com

JAMES SULLIVAN, ESQ.
Missouri Bar No. 38318
*(Admitted pro hac vice)*
4900 Main Street, Suite 650
Kansas City, Missouri 64112
(816) 842-8770
jsullivan@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN HERDEMIAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GO WIRELESS, INC. a Nevada Corporation; GO WIRELESS HOLDINGS, INC. a Nevada Corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01037-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO REMAND** <br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants will have an extension of time up to an including August 5, 2019 to file its opposition to Plaintiff's Motion to Remand (ECF No. 12), which Motion was filed on July 17, 2019. This is the first request for an extension of

FPDOCS 35853039.1

- 1 -

this deadline. Due to the scope of the Motion and related Appendix, as well as deadlines in other matters, Defendants need a few extra days.

| FISHER & PHILLIPS LLP | KEMP, JONES & COULTHARD, LLP |
|---|---|
| /s/ Scott M. Mahoney, Esq. | /s/ J. Randall Jones, Esq. |
| Scott M. Mahoney, Esq. | J. Randall Jones, Esq. |
| Allison L. Kheel, Esq. | Michael J. Gayan, Esq. |
| 300 South Fourth Street | 3800 Howard Hughes Pkwy, |
| Suite 1500 | Suite 1700 |
| Las Vegas, NV 89101 | Las Vegas, NV 89169 |
| Attorneys for Defendant | Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/31/2019

FPDOCS 35853039.1

- 2 -